UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

| | |
|---|---|
| GEORGE NANIS,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | C.A. NO.:<br><br>**04-40200** |

### NOTICE OF REMOVAL

TO:   Civil Clerk's Office
        Worcester County Superior Court
        2 Main Street
        Worcester, MA 01608

        Chief Judge and Judges of the United States
        District Court for the District of Massachusetts

        Clerk's Office
        United States District Court
        District of Massachusetts - Central Division
        Harold D. Donohue Bldg. & Courthouse
        595 Main Street
        Worcester, MA 01608

        S. Stephen Rosenfeld, Esquire
        Mala M. Rafik, Esquire
        Rosenfeld & Rafik
        44 School Street
        Boston, MA 02108



Pursuant to 28 U.S.C. §1441 and 1446, Defendant Metropolitan Life Insurance Company ("MetLife") files this Notice of Removal of this Civil Action entitled George

<u>Nanis v. Metropolitan Life Insurance Company</u>, Civil Action No.: 04-1644B, from the Superior Court, Worcester County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts.

In support of this Notice of Removal, Defendant, through its attorneys, states as follows:

1. As appears from the docket, files and records of the Superior Court, Worcester County, this action was commenced on or about August 23, 2004. Plaintiff's attorney served Defendant, MetLife, through the Commissioner of Insurance of the Commonwealth of Massachusetts. The Summons and Complaint were received by MetLife no earlier than September 17, 2004. Copies of the Division of Insurance cover letter and the enclosed Summons and Complaint are attached to this Notice of Removal as Exhibit "A."

2. Plaintiff asserts that he is a resident of Westboro, Massachusetts. (Complaint, Paragraph 3).

3. MetLife was at the time of the commencement of this action, and continues to be, an insurance company incorporated under the laws of the State of New York, with its principal place of business in the State of New York.

4. This is a civil action alleging breach of contract, breach of the implied covenant of good faith and fair dealing, and violation of M.G.L. c. 93A relating to the denial of Plaintiff's claim for disability benefits under a disability income insurance policy, policy number 15-6086664 (the "Policy"), which was issued by The Lincoln National Life Insurance Company to Plaintiff. Defendant MetLife is the claims administrator for the Policy.

5.      Jurisdiction in the Federal Court is founded on complete diversity of citizenship between Plaintiff and Defendant under 28 U.S.C. §1332. Plaintiff has claimed entitlement to disability benefit payments under the Policy of $500.00 per month from November, 2002 "for life", as well as pain and suffering, emotional distress, lost income, and "significant financial loss", *inter alia*. Complaint, Paragraphs 13, 15, 53, 62 and Plaintiff's "Prayer for Relief". In his March 24, 2004 Demand letter (attached to Plaintiff's Complaint, Exhibit "B"), Plaintiff relies on the medical opinion of Dr. Jeffrey Jones, M.D., to establish the nature and extent of his disability. If, as he has asserted, Mr. Nanis is in fact, and remains disabled, there exists an amount in dispute of $6,000.00 per year in benefits under the Policy until he reaches the age of 65. He is currently 47 years-old. Plaintiff's Complaint at Paragraph 3. If his disability is permanent, as he alleges, he will receive approximately $108,000.00 in benefits over the next eighteen years. As Mr. Nanis evidently alleges a disability from November 1, 2002, his past-due benefits are approximately $12,000.00. His premium payments during this period total $1,430. Plaintiff also seeks $30,000 for mental and emotional distress and $15,000 in attorney's fees (which Plaintiff shall recover if successful on his M.G.L. c. 93A claim). Demand Letter at 33.

Finally, Plaintiff's Complaint states that MetLife's violation of M.G.L. c. 93A was "willful and knowing." If he succeeds in establishing willful and knowing conduct by MetLife, he is entitled to receive treble damages (see Brandley v. United States Fidelity & Guaranty Company, 819 F. Supp 101 (1993)) and it is appropriate for this Court to consider this in calculating the "amount in controversy" to establish diversity jurisdiction.

3

6. This Notice of Removal is filed within thirty days of receipt of the Summons and Complaint in this action by Defendant and is within the time period required by law, 28 U.S.C. §1446(b).

7. Written notice of the filing of this Notice of Removal will be given to the adverse parties as required by law.

**WHEREFORE**, MetLife requests that this action be removed from the Superior Court, Worcester County, Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts – Central Division.

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By Its Attorneys,

_____
James J. Ciapciak (BBO # 552328)
CIAPCIAK & ASSOCIATES, P.C.
9 Access Road
Norwood, MA 02062
Tel: (781) 255-7401
Fax: (781) 255-7402

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by mail upon Counsel of Record on October 7, 2004.

_____
James J. Ciapciak

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 - 40200**

1. Title of case (name of first party on each side only) _Nanis v. Metropolitan Life Insurance Company_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [✓] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]  NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]  NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]  NO [✓]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]  NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]  NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
   Eastern Division [ ]   Central Division [✓]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
   Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]  NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _James J. Ciapciak_
ADDRESS _99 Access Road, Norwood, MA_
TELEPHONE NO. _781-255-7401_

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

04-40200

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
George Nanis

**DEFENDANTS**
Metropolitan Life Insurance Company

(b) County of Residence of First Listed Plaintiff **Worcester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
S. Stephen Rosenfeld, Rosenfeld & Rafik, 44 School St., Ste. 410 Boston, MA 02108

Attorneys (If Known)
Ciapciak & Associates, 99 Access Rd., Norwood, MA 02062

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury— Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 10-6-04
SIGNATURE OF ATTORNEY OF RECORD /s/

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____