04-40200

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

GEORGE NANIS, )
)
Plaintiff, )
)
v. ) C.A. NO.:
)
METROPOLITAN LIFE INSURANCE )
COMPANY, )
)
Defendant. )

## NOTICE OF APPEARANCE

Please enter the appearance of James J. Ciapciak, Esquire, and the law firm of Ciapciak & Associates, P.C., as counsel for Metropolitan Life Insurance Company in the above-referenced action.

Defendant,

METROPOLITAN LIFE INSURANCE
COMPANY,

By Its Attorneys,

_____
James J. Ciapciak (BBO # 552328)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by mail upon Counsel of Record on October 7, 2004.

_____
James J. Ciapciak