UNITED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE NANIS,

Plaintiff

V.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant

CIVIL ACTION NO. 04-40200FDS

**NOTICE OF APPEARANCE**

Please enter the appearance of Mala M. Rafik, Esq., as counsel for George Nanis in the above-referenced action.

Plaintiff,

GEORGE NANIS,

By his attorney,

/s/ Mala M. Rafik
Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by first class mail, postage prepaid, upon counsel of record on November 23, 2004.

/s/ Mala M. Rafik
Mala M. Rafik
BBO No. 638075