## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

GEORGE NANIS,

   Plaintiff

V.

METROPOLITAN LIFE INSURANCE
COMPANY,

   Defendant

CIVIL ACTION NO. 04-40200

## JOINT SCHEDULING STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 of the United States District Court for the District of

Massachusetts and in compliance with the Court's Order of November 8, 2004, George Nanis

("Plaintiff") and Metropolitan Life Insurance Company ("Defendant") (together, the "Parties"),

hereby submit their proposed Joint Scheduling Statement in the above-captioned action.

**A.     JOINDER OF PARTIES OR AMENDMENTS TO PLEADINGS**

The Parties propose that all motions seeking to amend the pleadings or to add parties will

be filed no later than Thursday, January 6, 2004.

**B.     JOINT DISCOVERY PLAN**

**1.     Automatic Disclosure**

The Plaintiff and Defendants will serve their automatic disclosures in compliance with

Local Rule 26.2 by January 6, 2004.

1

2.    **Depositions**

Pursuant to Local Rule 26.1(C), the Parties will be limited to ten (10) depositions for each side, not including expert depositions or third-party keeper of the records depositions. The parties agree to comply with the time limits imposed on depositions pursuant to the revision to Fed.R.Civ.P. 30.

3.    **Expert Report and Depositions**

The plaintiff shall disclose his expert(s) and their report(s), if any, no later than July 29, 2005. The defendant shall disclose its expert(s) and their report(s), if any, no later than August 29, 2005. The Parties shall respond to the expert reports no later than September 29, 2005. This provision shall not relieve a party of obligations under Rule 26(a)(2), and these dates may be enlarged by motion if there remains discovery outstanding from an opposing party as of July 29, 2005.

Any expert witness depositions shall be concluded within ninety (90) days of the disclosure of a party's expert witness report. Further discovery of experts shall not be permitted without Court order.

Either party may move to strike the proposed expert based on reliability and sufficiency of the expert(s) report(s).

4.    **Written Discovery**

The Parties propose that the Parties comply with the discovery event limitations set forth in Local Rule 26.1(C).

C.    **PRE-TRIAL SCHEDULE**

The Parties have agreed to the following pre-trial schedule:

1.    All fact discovery completed by July 29, 2005

2.    All expert discovery completed by November 25, 2005

3.      All non-dispositive and discovery motions to be filed by November 25, 2005.

4.      All Fed. R. Civ. P. Rule 56 motions and/or other dispositive motions to be filed by December 31, 2006.  A party's response in opposition to any Rule 56 motion shall be filed by January 31, 2006.  The Parties mutually agree that a party moving for judgment pursuant to Rule 56 shall be permitted to file a reply brief by February 7, 2006.

**5.**      A Pre-Trial Conference to be held thirty (30) days after a decision on any Rule 56 motion.

**D.**      **SETTLEMENT DEMAND**

Pursuant to Local Rule 16(c), the Parties state that Plaintiff George Nanis will serve a written settlement proposal upon the Defendants' counsel prior to the date of the scheduling conference.

**E.**      **MAGISTRATE JUDGE**

Pursuant to Local Rule 16.1(B)(3), the parties do not agree to proceed before a Magistrate Judge at this time.

**F.**      **CERTIFICATIONS**

The Parties' certifications will be filed separately.

Respectfully submitted,

GEORGE NANIS                                          METROPOLITAN LIFE INSURANCE
                                                     COMPANY

By his attorney,                                      By its attorney,


/s/ Mala M. Rafik_____                            /s/ James J. Ciapciak_____
Mala M. Rafik, Esq.                                  James J. Ciapciak, Esq.
BBO No. 638075                                       BBO No.
ROSENFELD & RAFIK, P.C.                              CIAPCIAK & ASSOCIATES
44 School Street, Suite 410                          99 Access Road
Boston, MA  02108                                    Norwood, MA  02062
(617) 723-7470                                        (781) 255-7401