UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE NANIS,

    Plaintiff,

v.

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.

Civil Action No.: 04-40200 FDS

**PLAINTIFF GEORGE NANIS'
LR, D. Mass. 16.1(D)(3) CERTIFICATION**

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, George Nanis, the Plaintiff in this action, and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

(a)      with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

(b)      to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: November 30, 2004

Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

_____
George Nanis