UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

GEORGE NANIS,

    Plaintiff,

v.                           C.A. NO.: 44-40200

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

## DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(1)

Pursuant to Federal Rule of Civil Procedure, Rule 16.1(D)(1), the undersigned hereby certify that Metropolitan Life Insurance Company has conferred with its counsel in this matter:

    a)     with a view to establishing a budget for the costs of conducting the full course of litigation; and

    b)     to consider the resolution of the litigation through the use of alternative dispute resolution.

METROPOLITAN LIFE INSURANCE COMPANY,

By Its Authorized Representative,

_[signature]_

COUNSEL OF RECORD,

_[signature]_
James J. Ciapciak (BBO # 552328)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
Tel: (781) 255-7401
Fax: (781) 255-7402

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by mail upon Counsel of Record on December 7, 2004.

_____
James J. Ciapciak