UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

|  |  |
|---|---|
| GEORGE NANIS,<br>  Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br>  Defendant. | C.A. NO.: 44-40200 |

## DEFENDANT, METROPOLITAN LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1

Pursuant to Federal Rule of Civil Procedure, Rule 7.1, Metropolitan Life Insurance Company (MetLife), a nongovernmental corporate party to this action, hereby certifies that MetLife is a wholly-owned subsidiary of MetLife, Inc.

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By Its Attorneys,

_____
James J. Ciapciak (BBO # 552328)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
Tel: (781) 255-7401
Fax: (781) 255-7402

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by mail upon Counsel of Record on January ___, 2005.

_____
James J. Ciapciak