UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

| | |
|---|---|
| GEORGE NANIS,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY & LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | C.A. NO.: 04-40200 |

### JOINT MOTION TO EXTEND THE TIME TO ANSWER FIRST AMENDED COMPLAINT

NOW COME the parties in the above entitled matter and seek an Order allowing Defendants an additional ten days, until February 20, 2005 to file their Answer to the First Amended Complaint.

All parties assent to this motion.

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By Its Attorneys,

James J. Ciapciak (BBO # 552328)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
Tel: (781) 255-7401

Assented to:

Mala M. Rafik
Rosenfeld & Rafik
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470