UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

| | |
|---|---|
| GEORGE NANIS,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY & LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | C.A. NO.: 04-40200 |

## AGREMENT TO EXTEND THE TIME
## FOR OTHER THAN EXPERT DEPOSITIONS

NOW COME the parties in the above-entitled matter and pursuant to the Court's Scheduling Order, dated December 7, 2004, agree that the deadline for deposing other than expert witnesses shall be extended to June 30, 2005.

Plaintiff,

GEORGE NANIS,

By his Attorneys,

_____
Mala M. Rafik (BBO # 638075)
ROSENFELD & RAFIK, P.C.
44 School Street, Suite 410
Boston, MA 02108
Tel: (617) 723-7470

Defendant,

METROPOLITAN LIFE INSURANCE COMPANY,

By Its Attorneys,

_____
James J. Ciapciak (BBO # 552328)
CIAPCIAK & ASSOCIATES, P.C.
99 Access Road
Norwood, MA 02062
Tel: (781) 255-7401