# ROSENFELD & RAFIK

### A PROFESSIONAL CORPORATION

44 SCHOOL STREET
SUITE 410
BOSTON, MASSACHUSETTS 02108

S. STEPHEN ROSENFELD
MALA M. RAFIK

TEL. (617) 723-7470
FAX (617) 227-2843
WWW.ROSENFELD.COM

June 13, 2005

**BY FIRST CLASS MAIL**

Martin Castles, Clerk
Honorable Judge F. Dennis Saylor
United States District Court
Harold D. Donohue Federal Bldg. & Courthouse
595 Main Street
Worcester, MA 01608

      Re:    *Nanis v. Metropolitan Life Insurance Company*
               Civil Action No. 04-40200

Dear Mr. Castles:

      I am writing to follow-up on the telephone message Jim Ciapcik, counsel for the Defendants, and I left you on Friday, June 10, 2005, regarding the Status Conference to be held in front of Judge Saylor today. As we indicated in our telephone message, we are respectfully requesting a postponement of the Status Conference until after July 7, 2005. The parties have agreed to undergo mediation on July 7, 2005, in an effort to resolve this matter. The parties have also agreed to stay all remaining depositions until after mediation, in an effort to limit the expense of additional discovery while they undergo good faith settlement discussions.

      Thank you for your consideration of our request. Please do not hesitate to call if you have any questions.

                                               Sincerely,

                                               Mala M. Rafik

cc:    George Nanis
         James J. Ciapciak, Esq.