UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE NANIS,

    Plaintiff,

v.

METROPOLITAN LIFE
INSURANCE COMPANY, et. al.

    Defendant.

Civil Action No.: 04-40200 FDS

**JOINT MOTION TO EXTEND ORDER OF DISMISSAL**

On July 12, 2005, at the request of the parties, the Court issued a Settlement Order of Dismissal ("Settlement Order") in the above-referenced action. This Settlement Order provided the parties thirty (30) days, or until August 11, 2005, to reopen the action if settlement is not consummated. The parties jointly request a ten (10) day extension of the time, from August 11, 2005 to August 22, 2005, in order to complete the settlement papers. As grounds for this request, the parties indicate:

    1.    The parties have agreed upon the terms of the settlement agreement;

    2.    The parties are in the process of finalizing the paperwork associated with the agreement and obtaining signatures of all parties; and

    3.    The extension will not prejudice either party, but rather, would permit the parties to execute the agreement prior to dismissal of the action.

Wherefore, the parties respectfully request that this Motion be granted:

Respectfully submitted,

| | |
|---|---|
| Plaintiff, | Defendants, |
| GEORGE NANIS, | METROPOLITAN LIFE INSURANCE COMPANY & LINCOLN NATIONAL LIFE INSURANCE COMPANY |
| By his Attorneys, | By Its Attorney, |
| /s/ Mala M. Rafik | /s/ James J. Ciapciak (MMR) |
| Mala M. Rafik (BBO # 638075) | James J. Ciapciak (BBO # 552328) |
| ROSENFELD & RAFIK, P.C. | CIAPCIAK & ASSOCIATES, P.C. |
| 44 School Street, Suite 410 | 99 Access Road |
| Boston, MA  02108 | Norwood, MA  02062 |
| Tel: (617) 723-7470 | Tel: (781) 255-7401 |

Date:   August 11, 2005