**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GEORGE NANIS,

     Plaintiff,

v.

METROPOLITAN LIFE
INSURANCE COMPANY, et. al.

     Defendant.

Civil Action No.: 04-40200 FDS

## JOINT MOTION TO EXTEND ORDER OF DISMISSAL

On July 12, 2005, at the request of the parties, the Court issued a Settlement Order of Dismissal ("Settlement Order") in the above-referenced action. This Settlement Order provided the parties thirty (30) days, or until August 11, 2005, to reopen the action if settlement is not consummated. The parties jointly requested a ten (10) day extension of the time to complete the settlement papers, which was granted by the Court. The parties are now requesting an additional seven (7) day extension, until August 30, 2005, to complete the settlement of this matter. As grounds for this request, the parties indicate:

1.     The parties have agreed upon the terms of the settlement agreement;

2.     The parties have finalized the paperwork associated with the agreement, and are waiting for one last signature to the agreement; and

3.     The extension will not prejudice either party, but rather, would permit the parties to execute the agreement prior to dismissal of the action.

Wherefore, the parties respectfully request that this Motion be granted:

Respectfully submitted,


Plaintiff,                                    Defendants,

GEORGE NANIS,                                 METROPOLITAN LIFE INSURANCE
                                              COMPANY & LINCOLN NATIONAL LIFE
                                              INSURANCE COMPANY


By his Attorneys,                             By Its Attorney,

 /s/ Mala M. Rafik                            /s/ James J. Ciapciak (MMR)
Mala M. Rafik (BBO # 638075)                  James J. Ciapciak (BBO # 552328)
ROSENFELD & RAFIK, P.C.                       CIAPCIAK & ASSOCIATES, P.C.
44 School Street, Suite 410                   99 Access Road
Boston, MA  02108                             Norwood, MA  02062
Tel: (617) 723-7470                           Tel: (781) 255-7401

Date:   August 23, 2005