## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS – CENTRAL DIVISION

| | | |
|---|---|---|
| GEORGE NANIS,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY & LINCOLN NATIONAL<br>LIFE INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 04-CV-40200-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this matter will be dismissed with prejudice. Each party shall bear their own fees and costs.

**Plaintiff,**
George Nanis

**Defendants,**
Metropolitan Life Insurance Company and
Lincoln National Life Insurance Company

Mala M. Rafik, Esq.
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470
BBO No.: 638075

James J. Ciapciak, Esq.
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062
(781) 255-7401
BBO No.: 552328

Dated: August 30, 2005